IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYSON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RICHARDSON INDEPENDENT | § | CIVIL ACTION NO. 3:18-CV-00212-K |
| SCHOOL DISTRICT, and JEAN BONO, | § | |
| KIM CASTON, KAREN CLARDY, | § | |
| KATIE PATTERSON, ERON LINN, | § | |
| JUSTIN BONO, and KRISTIN KUHNE, in | § | |
| their official capacities, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF DAVID TYSON, JR.'S MEDIATION REPORT

Pursuant to the Court's Scheduling Order (ECF No. 22), plaintiff David Tyson, Jr. ("Plaintiff") files the following mediation report.

## I.

## BACKGROUND

On October 26, 2018, the parties participated in a mediation before Judge W. Royal Furgeson, Jr.  Plaintiff, defendant Justin Bono, Richardson Independent School District Superintendent Jeannie Stone, and counsel for both parties attended.  The mediation was held at the Dallas office of Thompson & Knight LLP.  Although efforts were made to file a joint mediation report, defendants' counsel proposed filing separate reports.

## II.

## OUTCOME

Plaintiff contends that after a full day of negotiations in which the parties attempted to resolve this dispute in good faith, the mediator declared an impasse.  Defendants disagree that the

mediator declared an impasse.   Following those proceedings, in an email to the Court, dated November 2, 2018, the mediator stated that he thinks "the parties made significant progress." Since that time, the parties have continued their discussions.   Nonetheless, the parties have been unable to reach a settlement.   Of course, we are always open to a consensual resolution, but believe that given the Court's deadline of discovery of December 11, 2018, we need to proceed with discovery in the litigation.   We believe that proceeding on a dual track is the most appropriate path forward.

### III.

### <u>CONCLUSION</u>

In light of the foregoing, Plaintiff respectfully requests that this Court accept this mediation report describing the result of the mediation and consider the parties' alternative dispute resolution obligations satisfied.

DATED: November 14, 2018.                    Respectfully submitted,

                                             **BREWER STOREFRONT, PLLC**


                                    By:      */s/ William A. Brewer III*_____
                                             William A. Brewer III
                                             State Bar Number: 02967035
                                             wab@brewerattorneys.com
                                             Michael J. Collins
                                             State Bar Number: 00785493
                                             mjc@brewerattorneys.com
                                             1717 Main Street
                                             Suite 5900
                                             Dallas, Texas 75201
                                             Telephone: (214) 653-4000
                                             Facsimile: (214) 653-1015

                                             **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon

the following counsel of record via electronic filing on this 14th day of November 2018.


Carlos G. Lopez
State Bar No. 12562953
clopze@thompsonhorton.com
Thompson & Horton LLP
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
Telephone:  (972) 734-5490
Facsimile:  (972) 534-1495

Lisa R. McBride
State Bar No. 24092801
lmcbride@thompsonhorton.com
Thompson & Horton LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone:  (713) 554-6747
Facsimile:  (713) 583-8371

**ATTORNEYS FOR DEFENDANTS**


 */s/ William A. Brewer III*
 William A. Brewer III


8001-205
4843-1733-5675, v. 7