IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYSON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-0212-K |
| | § | |
| RICHARDSON INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court, having reviewed the mediation reports of both parties, **ORDERS** the following amendments to the Scheduling Order issued on May 23, 2018 (Doc. No. 22). All other deadlines not addressed in this Order remain in effect.

1. The parties are ordered to complete a second mediation with their jointly designated mediator, Hon W. Royal Furgeson, no later than **December 14, 2018**. The parties must file a Mediation Report describing the status of settlement negotiations no later than **December 21, 2018**.

2. All discovery, including discovery concerning expert witnesses, shall be completed by **January 21, 2019**.

3. All motions that would dispose of all or any part of this case (including all motions for summary judgment), shall be filed by **February 25, 2019**.

4. All motions challenging or seeking to disqualify expert witnesses (e.g., *Daubert* motions) must be filed by **February 25, 2019**.

Barring extraordinary circumstances, the Court will not entertain any requested extensions to any deadline.

**SO ORDERED.**

Signed November 16th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE