**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DAVID TYSON, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RICHARDSON INDEPENDENT** | § | **CIVIL ACTION NO. 3:18-CV-00212-K** |
| **SCHOOL DISTRICT, and JEAN BONO,** | § | |
| **KIM CASTON, KAREN CLARDY,** | § | |
| **KATIE PATTERSON, ERON LINN,** | § | |
| **JUSTIN BONO, and KRISTIN KUHNE,** | § | |
| **in their official capacities,** | § | |
| **Defendants.** | § | |

## DEFENDANTS' SECOND MEDIATION REPORT

TO THE HONORABLE JUDGE OF THE COURT:

Pursuant to the order entered on November 16, 2018 (Dkt. #30), Defendants Richardson Independent School District, et al. ("Defendants"), submit the following Mediation Report:

The Parties met for mediation on December 7, 2018, with United States District Judge W. Royal Furgeson (Ret.).   Present for the Defendants were Richardson ISD Board President Justin Bono, Richardson ISD Superintendent, Dr. Jeannie Stone, Richardson ISD General Counsel, Mia Martin, and their external attorneys Carlos G. Lopez, Lisa R. McBride, and William B. McElhiney, III.   Present for the Plaintiff were Plaintiff David Tyson, Jr., Michael Collins, and a "Public Affairs" employee from the Brewer law firm, Katherine Leal Unmuth.   The mediation was held at the Dallas office of Thompson & Knight LLP.

At issue was the Voting Rights Act lawsuit currently pending in this Court, as well as a Texas Open Meetings Act lawsuit currently pending in state court involving the same parties. Although settlement was not reached, Defendants believed that a mutually agreeable settlement was close at hand because Defendants agreed to what they thought were Plaintiff's central

demands.   Judge Furgeson encouraged the Parties to continue to negotiate between themselves.

The Parties are presently continuing to discuss potential settlement terms.

        DATED:   December 21, 2018


                                        Respectfully submitted,

                                        /s/ Carlos G. Lopez
                                        CARLOS G. LOPEZ
                                        clopez@thompsonhorton.com
                                        State Bar No. 12562953

                                        **THOMPSON & HORTON LLP**
                                        500 North Akard Street, Suite 3150
                                        Dallas, Texas 75201
                                        972-734-5490 (Telephone)
                                        (972) 534-1495 (Facsimile)

                                        and

                                        LISA R. MCBRIDE
                                        lmcbride@thompsonhorton.com
                                        State Bar No. 24026829

                                        WILLIAM B. MCELHINEY, III
                                        wmcelhiney@thompsonhorton.com
                                        State Bar No. 24092801

                                        **THOMPSON & HORTON LLP**
                                        Phoenix Tower, Suite 2000
                                        3200 Southwest Freeway
                                        Houston, Texas 77027
                                        (713) 554-6747 (Telephone)
                                        (713) 583-8371 (Facsimile)

                                        **ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

On December 21, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that on the same date, a true and correct copy of the foregoing document was forwarded to counsel for the Plaintiff by electronic mail at the following address:

William A. Brewer III
Brewer Storefront, PLLC
1717 Main Street, Suite 5900
Dallas, Texas 75201
Tel: 214-653-4810
Fax: 214-653-1015
wab@brewerattorneys.com


/s/ Carlos G. Lopez
Carlos G. Lopez

4848-2799-6804