IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYSON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RICHARDSON INDEPENDENT | § | CIVIL ACTION NO. 3:18-CV-00212-K |
| SCHOOL DISTRICT, and JEAN BONO, | § | |
| KIM CASTON, KAREN CLARDY, | § | |
| KATIE PATTERSON, ERON LINN, | § | |
| JUSTIN BONO, and KRISTIN KUHNE, in | § | |
| their official capacities, | § | |
| | § | |
| Defendants. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 20, 2018, requiring the parties to conduct a meet and confer (Dkt. #35) in connection with the motion to compel depositions and request for sanctions filed by plaintiff David Tyson, Jr. ("Plaintiff"), the parties submit the following joint status report and proposed agreed order.

### I.

### BACKGROUND

On December 20, 2018, the Court entered an order (the "Order") requiring counsel for the parties to meet and confer on or before December 28, 2018, in an attempt to resolve the disputes raised in Plaintiff's motion to compel depositions and request for sanctions. Michael J. Collins ("Collins") and Erik S. Jacobson, counsel for Plaintiff, participated in a telephone conference with Lisa R. McBride ("McBride") and Carlos G. Lopez, counsel for defendants on December 21, 2018. The meet and confer lasted approximately one hour, and the parties negotiated in good faith to

resolve, among other things, the discovery dispute raised in Plaintiff's motion to compel depositions.

## II.

## OUTCOME

The parties resolved the motion to compel. McBride sent a letter to Collins dated December 21, 2018, providing dates for when the remaining RISD board members are available for deposition. Collins agreed to the deposition dates proposed by McBride.

The parties agree that, if necessary, Plaintiff's request for sanctions will be addressed at a later date. If the parties are able to reach a comprehensive settlement, the motion for sanctions will be withdrawn. On the other hand, if the parties proceed with the litigation, the request for sanctions will be submitted to the Court in connection with any requests for awards of attorneys' fees.

## III.

## CONCLUSION

Based on the foregoing, the parties respectfully request that this Court accept this joint status report and consider it to have complied with the Order.

DATED: December 31, 2018.                    Respectfully submitted,

**BREWER STOREFRONT, PLLC**

By:   */s/ William A. Brewer III*
      William A. Brewer III
      State Bar Number: 02967035
      wab@brewerattorneys.com

      */s/ Michael J. Collins*
      Michael J. Collins
      State Bar Number: 00785493
      mjc@brewerattorneys.com

      */s/ Erik S. Jacobson*
      Erik S. Jacobson
      State Bar No. 24077968
      esj@brewerattorneys.com

      1717 Main Street, Suite 5900
      Dallas, Texas 75201
      Telephone:  (214) 653-4000
      Facsimile:  (214) 653-1015

      **ATTORNEYS FOR PLAINTIFF**

      **THOMPSON & HORTON LLP**

By:   */s/ Carlos G. Lopez*
      Carlos G. Lopez
      State Bar No. 12562953
      clopez@thompsonhorton.com
      500 N. Akard Street, Suite 3150
      Dallas, Texas 75201
      Telephone:  (972) 734-5490
      Facsimile:  (972) 534-1495

      */s/ Lisa R. McBride*
      Lisa R. McBride
      State Bar No. 24092801
      lmcbride@thompsonhorton.com
      3200 Southwest Freeway, Suite 2000
      Houston, Texas 77027
      Telephone:  (713) 554-6747
      Facsimile:  (713) 583-8371

      **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in the above cause in accordance with the Federal Rules of Civil Procedure on this 31st day of December 2018.

Carlos G. Lopez
State Bar No. 12562953
clopez@thompsonhorton.com
Thompson & Horton LLP
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
Telephone: (972) 734-5490
Facsimile: (972) 534-1495

Lisa R. McBride
State Bar No. 24092801
lmcbride@ thompsonhorton.com
Thompson & Horton LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6747
Facsimile: (713) 583-8371

**ATTORNEYS FOR DEFENDANTS**

  */s/ Michael J. Collins*
Michael J. Collins