IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYSON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RICHARDSON INDEPENDENT | § | Civ. Action No. 3:18-CV-0212-K |
| SCHOOL DISTRICT, and JEAN | § | |
| BONO, KIM CASTON, KAREN | § | |
| CLARDY, KATIE PATTERSON, ERON | § | |
| LINN, JUSTIN BONO, and KRISTIN | § | |
| KUHNE, in their official capacities, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff's and Defendants' Agreed Motion to Dismiss the Case (the "Motion") came before this Court for consideration (Doc. No. 44). After due consideration, the Court **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice. All costs of court and attorneys' fees shall be borne as agreed by the parties.

**SO ORDERED.**

Signed February 11th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1